AO 442 (Rev. 11/11) Arrest Warrant



RECEIVED
JAN 30 2023
United States Marshals Service
District of Alaska

## UNITED STATES DISTRICT COURT
for the
District of Alaska

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | Case Number: 3:17-CR-00081-SLG-KFR |
| FRANK E. JAMES BUSH | ) | |
| *Defendant* | ) | |

USMS - D/ALASKA - WARRANTS
FID # 1053630
WARRANT # 2306-0130-0237-0
Entered NCIC YES  W 411390515
Entered APSIN _____
Removed NCIC _____
Removed APSIN _____

**LAW ENFORCEMENT SENSITIVE**
### ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* FRANK E. JAMES BUSH,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Petition  ☒ Supervised Release Petition  ☐ Pretrial Petition  ☐ Order of the Court

This offense is briefly described as follows:
    Five violations of conditions of supervised release

Date: 1/30/2023

By Robin Carter, Deputy Clerk
*Issuing officer's signature*

City and state: Anchorage, AK

Brian D. Karth, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 01-30-2023, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*